JOSEPH O'LOUGHLIN, as Administrator of the Estate of JOSEPH O'LOUGHLIN, Deceased, Appellant, *v.* PENNSYLVANIA RAILROAD COMPANY, Respondent.

Argued March 11, 1948; decided April 22, 1948.

*Jacquin Frank* and *Isidor Enselman* for appellant.

*Ralph E. Hemstreet* and *Louis J. Carruthers* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, THACHER, DYE and FULD, JJ. Dissenting: DESMOND, J.